# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-2817

_____

Jeffrey Ryan Simmermaker

*Plaintiff - Appellant*

v.

Cedar County Sheriff's Department; Tipton Police Department; Bradley Peck,
Officer, Tipton Police Department

*Defendants - Appellees*

Muscatine County Drug Task Force

*Defendant*

Matt Jackson; Mayor of Tipton; Lisa Kepford; Warren Wethington; John Does,
I-3; Cedar County Iowa; City of Tipton

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: June 15, 2021
Filed: June 18, 2021
[Unpublished]

_____

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Jeffrey Simmermaker appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After a careful review, we conclude that the district court did not err in granting judgment for the defendants. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (preservice dismissal is reviewed de novo). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny Simmermaker's pending motion.

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.